| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dick, Rachelle D. | USDC. Middle District Louisiana | 01/03/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US District Judge | 5a. Report Type (check appropriate type)<br><br>☑ Nomination    Date 01/03/2013<br>☐ Initial    ☐ Annual    ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

4981 Bluebonnet Blvd
Baton Rouge, La. 70809

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Managing Member | Law Offices of Shelly D. Dick, LLC |
| 2. | Managing Member | Lamp Ladies, LLC d/b/a "Frockz" |
| 3. | Managing Member | Grace George, LLC |
| 4. | Managing Member | K & S Property Holdings, LLC |
| 5. | Director | I Hope, LLC |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | Law Offices of Shelly D. Dick | $269,656.25 |
| 2. | 2012 | Law Offices of Shelly D. Dick | $247,500.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | exempt | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dick, Rachelle D. | 01/03/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Standard Mortgage | Mortgage on Rental Property #1 | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Rental Property #1 Baton Rouge, La | D | Rent | M | W | Exempt | | | | |
| 2. | Alliance Bernstein Mod Growth 1993-1995 ALTA | | None | J | T | | | | | |
| 3. | Barron Asset Fund (Y) | | | | | | | | | |
| 4. | ING Clarion Real Estate Portfolio (Y) | | | | | | | | | |
| 5. | Dodge & Cox Income Fund | A | Dividend | K | T | | | | | |
| 6. | Fidelity VIP Contrafund Port Srv. (Y) | | | | | | | | | |
| 7. | Fidelity VIP Mid Cap Port Srv. (Y) | | | | | | | | | |
| 8. | Health Care Spdr (XLV) | A | Dividend | J | T | | | | | |
| 9. | Hugoton Royalty Trust | A | Dividend | J | T | | | | | |
| 10. | ING Fixed Accopunt (Y) | | | | | | | | | |
| 11. | ING Global Resources (Y) | | | | | | | | | |
| 12. | ING International Small Cap Fund (Y) | | | | | | | | | |
| 13. | iShares Dow Jones Select Dividend Index Fund | A | Dividend | K | T | | | | | |
| 14. | Louisiana Principal Protection Fund | A | Int./Div. | J | T | | | | | |
| 15. | Mutual Global Discovery Fund (Y) | | | | | | | | | |
| 16. | SPDR Gold Trust | | None | J | T | | | | | |
| 17. | T. Rowe Price Spectrum International Fund | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. EQ/Common Stock Index Portfolio | A | Dividend | J | T | | | | | |
| 19. EQ/Equity 500 Index Portfolio | | None | K | T | | | | | |
| 20. Barron Asset Fund (Y) | | | | | | | | | |
| 21. Texas Rare Earth Resources Corp. Stock | | None | J | T | | | | | |
| 22. Great-West Lifetime 2025 II T1 Fund (X) | | None | P4 | T | | | | | |
| 23. Vanguard Total Market Index Fund (X) | | None | J | T | | | | | |
| 24. Columbia Portfolio Builder Moderate Aggresive Fund (X) | | None | L | T | | | | | |
| 25. Regions Bank Cash Accounts | A | Interest | K | T | | | | | |
| 26. K & S Dick Property Holdings LLC Baton Rouge, La. | F | Rent | O | W | | | | | |
| 27. Lamp Ladies LLC | | None | J | U | | | | | |
| 28. Grace George LLC | | None | J | U | | | | | |
| 29. Law Offices of Shelly D. Dick, LLC | | None | N | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, lines 1 - 4, refers to LLC's in which I am a managing member. Under Louisiana law, the term for an owner of an LLC is "member". I have the ability to control assets in the LLC's listed in lines 1 -4 of Part I.

Part I, line 5, states that I was a "Director" of I Hope LLC. While I Hope is also corporately organized as an LLC under Louisiana law, IHope chose as a matter of its governace structure to form and elect a Board of Directors. I served on the IHope LLC Board, as a Director during a portion of the reporting period.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Rachelle D. Dick**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 37 | 713 | Notes payable to banks-secured (auto) | | 21 | 229 |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities -- see schedule | | 668 | 315 | Notes payable to relatives | | | |
| Unlisted securities -- see schedule | | 577 | 350 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | 2 | 800 |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable -- see schedule | | 569 | 672 |
| Real estate owned -- see schedule | 1 | 040 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 50 | 000 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 593 | 701 |
| | | | | Net Worth | 1 | 779 | 677 |
| Total Assets | 2 | 373 | 378 | Total liabilities and net worth | 2 | 373 | 378 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |